IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BUTTE DIVISION

| | |
|---|---|
| VERNON E. LONDAGIN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>Defendant. | Cause No. 2:22-cv-00015-BU-BMM<br><br>**ORDER GRANTING EAJA FEES** |

Pursuant to the Application and Stipulation for Award of EAJA Fees filed by and through Plaintiff's attorney, Eric Rasmusson of Rasmusson Law Offices, PLLC and for good cause shown,

IT IS HEREBY ORDERED that Defendant will pay $12,500.00 in attorney's fees under the EAJA.

IT IS HEREBY ORDERED that if, after receiving the Court's EAJA fee Order, the Commissioner: (1) determines upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program; and (2) agrees to waive the requirements of the Anti-

-1-

Assignment Act, the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the Commissioner cannot agree to waive the requirements of the Anti-Assignment Act, and the remaining EAJA fees after offset will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

      DATED this 29th day of November, 2022.

_____
Brian Morris, Chief District Judge
United States District Court